UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CRAIG WHITE,<br><br>*Plaintiff,*<br><br>v.<br><br>OFFICER TRAVIS CLAY DEPEW, et al.<br><br>*Defendants.* | Civil Action No. 21-451-SDD-EWD<br><br>JURY TRIAL DEMANDED |

### REPORT REGARDING SETTLEMENT

Pursuant to the Court's Limited Scheduling Order of May 17, 2022, the parties hereby jointly report that they have reached a settlement in principle in this case, which resolves all of the Plaintiff's claims. The parties are working on a written settlement agreement and anticipate filing a Stipulation of Dismissal With Prejudice on or before August 23, 2022.

Report dated: August 9, 2022

Respectfully submitted,

*/s/ Joshua C. Toll*
Joshua C. Toll [*PHV*]
King & Spalding LLP
1700 Pennsylvania Avenue, NW Suite 200
Washington, DC 20006
202-737-8616
jtoll@kslaw.com


and

E. Bridget Wheeler Bar Roll No. 37546
bwheeler@laaclu.org
Nora Ahmed* [*PHV*]
nahmed@laaclu.org

1

ACLU Foundation of Louisiana
1340 Poydras St., Suite 2160
New Orleans, LA 70156
(504) 522-0628
*Admitted to the New York Bar,
not admitted to the Louisiana Bar.*

*Attorneys for Plaintiff*

/s Michael B. Victorian
Susan W. Furr Bar Roll No. 19582
Michael B. Victorian Bar Roll No. 36065
Phelps Dunbar LLP
II City Plaza
400 Convention Street, Suite 1100
Baton Rouge, LA 70802
Direct: 225-376-0249
Fax: 225-381-9197
Email:  susie.furr@phelps.com
Email: michael.victorian@phelps.com

Attorneys for Defendants